# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Karl B. Patterson,

    Plaintiff(s),

vs.

Infinity Broadcasting Corporation,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05cv60

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 6/13/07 Order.

Signed: June 14, 2007

Frank G. Johns, Clerk
United States District Court